# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KATHALINA MONACELLI,

    Plaintiff,

v.                                                                   CASE NO:  2:08-cv-818-UA-DNF

HEARTLAND EDUCATIONAL
CONSORTIUM, et al.,

    Defendants.
_____/

## **O R D E R**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier in which he recommends denying the *pro se* Plaintiff's motion to proceed *in forma pauperis* and dismissing this case because her amended complaint fails to state a claim upon which relief may be granted.[1]  See 28 U.S.C. § 1915(e)(2)(B)(ii) (providing in pertinent part that "the court *shall* dismiss the case at any time if the court determines that - the action or appeal - fails to state a claim on which relief may be granted[.]") (emphasis added).  Plaintiff has filed written objections.[2]

---

[1]  See docket 9; see also docket 7 (Plaintiff's amended complaint).

[2]  See docket 10.

The Court has undertaken a *de novo* review of those portions of the record to which Plaintiff's objections are made.  See <u>Macort v. Prem, Inc.</u>, 208 Fed. Appx. 781, 783-84 (11th Cir. 2006) (citing <u>Heath v. Jones</u>, 863 F.2d 815, 822 (11th Cir. 1989)).  After doing so, and being mindful that a *pro se* plaintiff's complaint must be construed more liberally than one filed by an attorney, the Court concludes that Judge Frazier's Report and Recommendation should be adopted, confirmed and approved in all respects.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1)  The Report and Recommendation of Judge Frazier is adopted, confirmed and approved in all respects and made a part of this order for all purposes.

2)  Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is denied.

3)  This case is dismissed without prejudice.

4)  The clerk is directed to term any pending motions/deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on December 10, 2008.

                                     s/*Richard A. Lazzara*
                                     **RICHARD A. LAZZARA**
                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record